IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CUONG VIET NGUYEN,

    Petitioner,

v.                                             CASE NO. 4:17cv482-RH/CAS

JEFF SESSIONS et al.,

    Respondents.

_____/

## ORDER DISMISSING § 2241 PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 18. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petitioner's motion for relief under 28 U.S.C. § 2241 is dismissed as moot." The clerk must close the file.

SO ORDERED on May 9, 2018.

                                      s/Robert L. Hinkle
                                      United States District Judge